PROB 12B
(7/93)

Report Date: December 13, 2006

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 28 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Jay Brasker          Case Number: 2:04CR02147-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Court Judge

Date of Original Sentence: 11/30/2004          Type of Supervision:  supervised release

Original Offense: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)          Date Supervision Commenced: 12/08/2006

Original Sentence: Prison - 30 Months; TSR - 36 Months          Date Supervision Expires: 12/07/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The above offender was just released from custody on December 8, 2006. A review of his criminal history indicates a significant pattern of substance abuse, which was confirmed by the offender to the probation officer during our first contact on December 11, 2006. In addition, the offender received disciplinary action for using controlled substances while in Bureau of Prisons custody on September 9, 2006. The offender has agreed to the requested modification and a signed waiver form is enclosed for the Court's review.

by

Respectfully submitted,

Kevin J. Crawford
U.S. Probation Officer
Date: December 13, 2006

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/28/06

Date